BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN B. KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         tmainguy@unioncounsel.net
         rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THREE BROTHERS ELECTRICAL CONTRACTORS, INC.,<br><br>Defendant. | No. 4:16-cv-03592-YGR<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br><br>*AS MODIFIED BY THE COURT* |

This Court issued an Order Adopting Report and Recommendations on Plaintiffs' Motion for Default Judgment on November 22, 2016.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment is entered in favor of Plaintiffs against Defendant as follows:

1.     Defendant is ordered to submit to an audit covering the period August 1, 2012 through the last completed quarter, at the premises of the Defendant, or a location where the records are kept, during business hours, at a reasonable time or times, and to allow said auditors

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

[~~PROPOSED~~] JUDGMENT
Case No. 4:16-cv-03592-YGR

1  to examine and copy such books, records, papers, reports of Defendant relevant to the

2  enforcement of the collective bargaining agreement or the Trust Agreements, including, but not

3  limited to, the following:

4      Individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers compensation insurance report; employee time cards; payroll journal; quarterly payroll tax returns (form 941); check register and supporting cash voucher; Form 1120- 1040 or partnership tax returns; general ledger - (portion relating to payroll audit);

8  ~~2.    Defendant is ordered to pay all amounts found due and owing as a result of said audit of its books and records pursuant to the Trust Agreements;~~

10      3.    Defendant is ordered to pay attorneys' fees in the amount of $5,450.00;

11      4.    Defendant is ordered to pay costs in the amount of $596.70 in costs; and

12      5.    This Court shall retain jurisdiction over this matter to enforce the order compelling an audit and any subsequent request to modify the judgment for payment of all amounts found due and owing as a result thereof.

Dated: __Novembwe 29, 2016__

*[signature]*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

140660\891492

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

[~~PROPOSED~~] JUDGMENT
Case No. 4:16-cv-03592-YGR